IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  14-cv-03307-RPM

DEBORA ORTON,

      Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY d/b/a STATE FARM,

      Defendant.

_____

## ORDER GRANTING MOTION TO AMEND ANSWER
_____

      Upon consideration of the defendant's motion to amend the answer [Doc. 19], filed August 7, 2015, with attachments, and the plaintiff's response in opposition [Doc. 23], filed August 27, 2015, it is

      ORDERED that the motion is granted.  The amended answer [Doc. 19-5] is ordered filed as of today.

      Dated:   August 28th, 2014

                               BY THE COURT:

                               s/Richard P. Matsch
                               _____
                               Richard P. Matsch, Senior District Judge