IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  14-cv-03307-RPM

DEBORA ORTON,

    Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY d/b/a STATE FARM,

    Defendant.

**Minute Order Entered by Senior District Judge Richard P. Matsch:**

s/M.V.Wentz
   Secretary

    Pursuant to Plaintiff's Notice of Settlement [Doc. 29] the October 29, 2015, pretrial conference and the October 22, 2015, deadline to submit a proposed Final Pretrial Order are vacated.  The parties shall file a stipulation for dismissal on or before October 14, 2015.

DATED:    September 14, 2015