IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.:  1:14-CV-03307-RPM

DEBORA ORTON

Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY d/b/a STATE FARM

Defendant.

---

ORDER GRANTING STIPULATED MOTION FOR DISMISSAL
WITH PREJUDICE OF ALL CLAIMS
BY PLAINTIFF AGAINST DEFENDANT

---

THIS MATTER comes before the Court on the parties' **STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS BY PLAINTIFF AGAINST DEFENDANT**.  The Court, having reviewed the Stipulated Motion and otherwise being fully advised of the matters contained therein, hereby **GRANTS** the Motion and **ORDERS** that:

All claims brought or which could have been brought in this action by Plaintiff against Defendant are hereby dismissed **WITH PREJUDICE**.  Each party shall bear her or its own attorneys' fees and costs.

Dated this 15th day of October 2015.

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge